IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CESAR MARQUEZ, | ) |
| | ) |
|         **Plaintiff,** | ) |
| | )   Case No. 25-2547-JWB-ADM |
| v. | ) |
| | ) |
| GRANT DREILING, et al., | ) |
| | ) |
|         **Defendants.** | ) |

### DEFENDANT GRANT DREILING'S MOTION FOR STAY

**COMES NOW** Defendant Grant Dreiling ("Dreiling") and moves the Court for an Order to stay these proceedings pending the resolution by the Court of Defendant Dreiling's Motion to Dismiss (ECF No. 17). In support of this Motion, Defendant Dreiling states as follows:

1. On October 28, 2025, Defendant Dreiling filed a Motion to Dismiss (ECF Nos. 17) which raise the defenses of absolute and qualified immunity.

2. The Supreme Court has instructed that trial courts should not allow discovery until the threshold immunity questions are resolved. Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982); Anderson v. Creighton, 483 U.S. 635, 646 n.6 (1986) ("one of the purposes of the Harlow qualified immunity standard is to protect public officials from the broad-ranging discovery that can be particularly disruptive of effective government. [citation omitted] For this reason, we emphasize that qualified immunity questions should be resolved at the earliest possible stage of a litigation."). Each of the immunities raised are a complete defense to suit and Defendant Dreiling should not be required to bear the costs associated with litigation until such immunity defenses have been ruled upon by the Court.

3. Pursuant to Federal Rule of Civil Procedure 26(b)(2), this Court has discretion to

limit discovery by order. Under the Supreme Court precedents cited above, Defendant Dreiling is entitled to a stay of discovery until Defendant Dreiling's Motion to Dismiss (ECF No. 17) is resolved.

4.   Additionally, Defendant Dreiling would request that all other proceedings in this matter be stayed until the resolution of Defendant Dreiling's Motion to Dismiss (ECF No. 17). Because no discovery shall be conducted, it would be imprudent, if not impracticable, to proceed in this matter with non-discovery related proceedings until such time as the Court has ruled on Defendant Dreiling's pending Motion to Dismiss (ECF No. 17).

WHEREFORE, Defendant Grant Dreiling requests that this Court enter an Order staying all proceedings until the Court has ruled on Defendant Dreiling's Motion to Dismiss.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas  66103
Telephone:   (913) 371-3838
Facsimile:    (913) 371-4722
E-mail:         ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
      Gregory P. Goheen          #16291

Attorneys for Defendants Grant Dreiling and Board of Education of Unified School District No. 512, Johnson County, Kansas

## CERTIFICATE OF SERVICE

  I hereby certify that on the 4th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to:

Linus L. Baker
6732 West 185th Terrace
Stillwell, KS 66085-8922
Attorneys for Plaintiff

                /s/ Gregory P. Goheen_____