IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CESAR MARQUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 25-2547-JWB-ADM |
| v. | ) |
| | ) |
| GRANT DREILING, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF CESAR MARQUEZ'S MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 21 TO DROP MINOR CHILDREN AS NAMED PLAINTIFFS, DISMISS COUNTS VI AND VII, AND STRIKE PRAYER SECTION D**

Plaintiff Cesar Marquez has filed a Motion Under Federal Rule of Civil Procedure 21 to Drop Minor Children as Named Plaintiffs, Dismiss Counts VI and VII and Strike Prayer Section D (ECF No. 44). Defendants concur that, under Fed.R.Civ.P. 17(c) and Meeker v. Kercher, 782 F.2d 153 (10th Cir. 1986), any claims asserted by or on behalf of Z.D. and Z.D. should be dismissed. See Draughon v. United States, 103 F.Supp.3d 1266, 1284 (D.Kan. 2015) (under 28 U.S.C. § 1654, the right to appear *pro se* only applies to the "appearance for one's self") (citation omitted); see also Memorandum in Support of Defendant Dreiling's Motion to Dismiss (ECF No. 18) pp. 8-9.

1

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail: ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
    Gregory P. Goheen    #16291

Attorneys for Defendants Grant Dreiling and Board of Education of Unified School District No. 512, Johnson County, Kansas

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to:

Cesar Marquez
11723 W. 101st Street
Overland Park, KS 66214
Plaintiff, *pro se*

    /s/ Gregory P. Goheen