**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

CESAR MARQUEZ,

      Plaintiff,

      v.

GRANT DREILING, et al.,

      Defendants.

Case No. 25-2547-JWB-ADM

## ORDER

On May 11, 2026, the court convened a discovery conference. Plaintiff Cesar Marquez appeared pro se. Defendants Grant Dreiling and Unified School District No. 512 (together, "defendants") appeared through counsel Gregory Goheen. This order is intended to memorialize the court's rulings made during the conference, the reasons for which are stated more fully on the record.

First, the court addressed a FERPA objection from a parent of a student whose records with the school may be responsive to some of plaintiff's discovery requests. The court set the following parameters for defendants to file a motion for protective order:

- Motion is due **May 13, 2026**, limited to 3 pages. The motion should address whether defendants wish to preserve their right to present evidence either from or related to the student on summary judgment and/or at trial.

- Response is due **14 days** after the motion is filed, limited to 3 pages. This deadline applies to both plaintiff and any party with an interest in the motion (i.e., to the parent who submitted the FERPA objection).

- No reply is permitted.

2

Second, the court and parties discussed defendants' responses to plaintiff's requests for production of documents.  The court granted plaintiff leave to file a motion to compel responses to particular requests by **May 18, 2026**.  The local rules will govern page limits and briefing deadlines.  Should the motion seek to compel production of any document that defendants have withheld as privileged, defendants must, contemporaneous with the filing of their response, submit the withheld documents directly to the undersigned judge's chambers for in camera review.

**IT IS SO ORDERED.**

Dated May 12, 2026, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge

2