## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CESAR MARQUEZ,
    Plaintiff,

v.                                             Case No. 25-2547-JWB-ADM

GRANT DREILING, et al.,
    Defendants.

## PLAINTIFF'S NOTICE OF DEPOSITION OF MARK SCHMIDT

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, plaintiff Cesar Marquez will take the deposition of Mark Schmidt on Tuesday, June 23, 2026, beginning at 9:00 a.m., at the offices of McAnany, Van Cleave & Phillips, P.A., 10 E. Cambridge Circle Drive, Suite 300, Kansas City, Kansas. The deposition will be recorded by stenographic means before an authorized court reporter and will continue until completed.

Respectfully submitted,

/s/ Cesar Marquez
Cesar Marquez, Plaintiff pro se
11723 W. 101st Street
Overland Park, KS 66214
816-680-6854
calexmarquez@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on 4 June 2026, the foregoing was electronically filed via the CM/ECF system, with notice to Gregory P. Goheen, McAnany, Van Cleave & Phillips, P.A., 10 E. Cambridge Circle Drive, Suite 300, Kansas City, Kansas 66103, ggoheen@mvplaw.com, Attorney for Defendants.

/s/ Cesar Marquez