**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

CESAR MARQUEZ,
    Plaintiff,

v.                                                                                    Case No. 25-2547-JWB-ADM

GRANT DREILING, et al.,
    Defendants.

**PLAINTIFF'S NOTICE OF RULE 30(b)(6) DEPOSITION OF DEFENDANT BOARD OF**
**EDUCATION OF UNIFIED SCHOOL DISTRICT NO. 512, JOHNSON COUNTY,**
**KANSAS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), plaintiff Cesar Marquez will take the deposition of defendant Board of Education of Unified School District No. 512, Johnson County, Kansas (the "District"), on Tuesday, June 23, 2026, beginning at 10:15 a.m., at the offices of McAnany, Van Cleave & Phillips, P.A., 10 E. Cambridge Circle Drive, Suite 300, Kansas City, Kansas. The deposition will be recorded by stenographic means before an authorized court reporter and will continue until completed.

The District must designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf regarding the matters for examination set forth below, and must identify in writing, a reasonable time before the deposition, each person designated and the matters on which each will testify. Fed. R. Civ. P. 30(b)(6).

**MATTERS FOR EXAMINATION**

1.    The identity of, and exercise of authority by, the official(s) holding final policymaking authority for the District over (a) the issuance and enforcement of no-trespass and access-restriction notices to parents and members of the public, and (b) Board Policies KGD and KN, as applied to plaintiff.

2.    The content of Board Policies KGD and KN in effect from August 2025 to the present; any amendment or revision to either policy during that period, including the revision adopted on or about October 27, 2025; and the persons involved in, and the reasons for, any such revision.

3.    The authorization, issuance, approval, and ratification of the no-trespass notifications issued to plaintiff on or about September 8, 2025 and September 24, 2025, including each person who participated in deciding, directing, approving, or ratifying them.

4.    The District's identification, preservation, collection, and production of documents and electronically stored information in this litigation, including the custodians searched, the search methodology used, and the authenticity and recordkeeping of the documents produced (Bates USD000001–USD000868).

Respectfully submitted,

/s/ Cesar Marquez
Cesar Marquez, Plaintiff pro se
11723 W. 101st Street
Overland Park, KS 66214
816-680-6854
calexmarquez@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 4 June 2026, the foregoing was electronically filed via the CM/ECF system, with notice to Gregory P. Goheen, McAnany, Van Cleave & Phillips, P.A., 10 E. Cambridge Circle Drive, Suite 300, Kansas City, Kansas 66103, ggoheen@mvplaw.com, Attorney for Defendants.

/s/ Cesar Marquez