**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CESAR MARQUEZ, | ) |
| | ) |
| **Plaintiff,** | ) |
| | )    **Case No. 25-2547-JWB-ADM** |
| v. | ) |
| | ) |
| GRANT DREILING, et al., | ) |
| | ) |
| **Defendants.** | ) |

**AMENDED NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that the deposition of Ashley Hulett will be taken on Thursday, June 18, 2026, beginning at 9:30 a.m. at the offices of McAnany, Van Cleave & Phillips, PA, 10 E. Cambridge Circle Drive, Suite 300, Kansas City, Kansas.  The deposition will be recorded by stenographic means before an authorized court reporter and will continue until completed.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas  66103
Telephone:    (913) 371-3838
Facsimile:    (913) 371-4722
E-mail:        ggoheen@mvplaw.com

By:  /s/ Gregory P. Goheen
        Gregory P. Goheen            #16291

Attorneys for Defendants Grant Dreiling and Board of Education of Unified School District No. 512, Johnson County, Kansas

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to:

Cesar Marquez
11723 W. 101st Street
Overland Park, KS 66214
Plaintiff, *pro se*

/s/ Gregory P. Goheen